UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW MUNGER,

            Plaintiff,

  v.

SOCIAL SECURITY
ADMINISTRATION, et al.,

            Defendants.

C19-5571 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Having reviewed the unfortunate notice of plaintiff's death (docket no. 58) and the parties' stipulation for a stay of case (docket no. 59), the stipulation to stay this case (docket no. 59) is GRANTED.  The Court hereby STAYS this case until a motion to substitute plaintiff is filed or **May 18, 2021**, whichever is earlier, at which time the parties are DIRECTED to file a Joint Status Report with the Court.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of March, 2021.

                              William M. McCool
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1