UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW MUNGER,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION, et al.,<br><br>        Defendants. | C19-5571 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion to Substitute Plaintiff ("Motion"), docket no. 61, filed by the personal representative of the estate of Matthew Munger, Steven Munger, is GRANTED, and Steven Munger is hereby SUBSTITUTED for plaintiff Matthew Munger pursuant to Federal Rule of Civil Procedure 25(a)(1). The notice of Matthew Munger's death was filed on February 17, 2021, and this Motion was filed on May 17, 2021, within 90 days after the notice of death was filed. Although Steven Munger was not appointed as the personal representative of the estate until approximately June 29, 2021, the Court hereby finds good cause to extend the deadline to file this Motion and considers it timely filed. *See* Fed. R. Civ. P. 6(b)(1); *see also Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1096 (9th Cir. 2017) ("Rule 25(a)(1) permitted the district court to allow a late substitution if requested, and it did not require the district court to dismiss the federal action with prejudice.");

(2) Pursuant to the parties' stipulation, *see* Joint Status Report (docket no. 62), the trial date and all pretrial deadlines, *see* Order (docket no. 47), are hereby STRICKEN. The parties are DIRECTED to meet and confer and to file a Joint Status Report on or before **August 6, 2021**, proposing a new trial date and pretrial schedule; and

MINUTE ORDER - 1

(3) The Clerk is directed to update the docket to reflect that Steven Munger, as the personal representative of the estate of Matthew Munger, is substituted for plaintiff Matthew Munger. The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of July, 2021.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 2