UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN MUNGER,

        Plaintiff,

  v.

SOCIAL SECURITY
ADMINISTRATION, et al.,

        Defendants.

C19-5571 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 71, the Court issues the following amended schedule:

| | |
|---|---:|
| **BENCH TRIAL set for** | **September 26, 2022** |
| Length of trial | 5–9 days |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | March 28, 2022 |
| Discovery motions due by | May 5, 2022 |
| Discovery completed by | May 27, 2022 |
| Dispositive Motions due by | June 28, 2022 |
| Motions related to expert witnesses (*e.g.*, Daubert motion) due by | July 14, 2022 |

MINUTE ORDER - 1

| | |
|---|---|
| Settlement conference under Local Civil Rule 39.1(c)(2) shall be completed by | July 18, 2022 |
| Mediation shall be completed by | August 19, 2022 |
| Motions in Limine due by | August 25, 2022 |
| Letter of compliance as to completion of mediation shall be filed by | August 26, 2022 |
| Pretrial Order[1] due by | September 6, 2022 |
| Trial Briefs to be submitted by | September 9, 2022 |
| Proposed Findings of Fact and Conclusions of Law due by | September 12, 2022 |
| Pretrial Conference set for | September 16, 2022, at 10:00 AM |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Court's prior orders, *see* docket nos. 14 & 47, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2021.

Ravi Subramanian<br>
Clerk<br>
<br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 3