UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN MUNGER,

        Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

        Defendant.

C19-5571 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulation and proposed order, docket no. 73, is GRANTED, and the Court hereby GRANTS Plaintiff leave to file the Fourth Amended Complaint, attached as Exhibit 1 to the parties' stipulation (docket no. 73 at 4–8), on or before September 17, 2021. Any answer or response is due on or before October 1, 2021. *See* Fed. R. Civ. P. 15(a)(3); and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of September, 2021.

                                  Ravi Subramanian
                                  Clerk

                                  s/Gail Glass
                                  Deputy Clerk

MINUTE ORDER - 1