UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN MUNGER,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

C19-5571 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The stipulated motion, docket no. 101, to renote certain motions is GRANTED.  The motion to dismiss for lack of subject matter jurisdiction, docket no. 89, filed by defendant United States of America, and the motion for summary judgment, docket no. 94, filed by defendant Don Cianci Properties, LLC are RENOTED to July 29, 2022.  Any responses to these motions shall be filed by July 25, 2022, and any replies are due on the noting date.

(2)     All other dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 72, shall remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1