1

2                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
3                                    AT TACOMA

4      STEVEN MUNGER, as Personal
       Representative of the Estate of
5      Matthew Munger,

6                          Plaintiff,
                                                          C19-5571 TSZ
7            v.
                                                          ORDER
8      UNITED STATES OF AMERICA;
       DON CIANCI PROPERTIES, LLC;
9      and JOHN DOES 1–5,

10                         Defendants.

11         Plaintiff's Counsel having advised the Court that this matter has been resolved,

12   and it appearing that no issue remains for the Court's determination,

13         NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with

14   prejudice and without costs.

15         In the event settlement is not perfected, any party may move to reopen and trial

16   will be scheduled, provided such motion is filed within **30** days of the date of this Order.

17         The Clerk is directed to send a copy of this Order to all counsel of record.

18         Dated this 4th day of August, 2022.

19

20                                              _____
                                                Thomas S. Zilly
21                                              United States District Judge

22

23

ORDER - 1